UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**GEKP**   **18   3161**

DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 3017 FRANKFORD AVE PHILA, PA 19134

Address of Defendant: 5347 WHITBY AVE. PHILA, PA 19143

Place of Accident, Incident or Transaction: PHILA, PA. 19143

---

**RELATED CASE, IF ANY:** 17080

Case Number: ~~00-855~~ 01713   Judge: SHIRDAN-HARRIS   Date Terminated: 24/4/18

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐  No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐  No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐  No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐  No ☑

I certify that, to my knowledge, the within case ☑ is / ☐ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 7/24/18   *Raymond Lu*   _____
                Attorney-at-Law / Pro Se Plaintiff       Attorney I.D. # (if applicable)

---

**CIVIL:** (Place a √ in one category only)

A.  *Federal Question Cases:*                          B.  *Diversity Jurisdiction Cases:*

☐  1. Indemnity Contract, Marine Contract, and All Other Contracts    ☐  1. Insurance Contract and Other Contracts
☐  2. FELA                                             ☐  2. Airplane Personal Injury
☐  3. Jones Act-Personal Injury                        ☐  3. Assault, Defamation
☐  4. Antitrust                                        ☐  4. Marine Personal Injury
☐  5. Patent                                           ☐  5. Motor Vehicle Personal Injury
☐  6. Labor-Management Relations                       ☐  6. Other Personal Injury (Please specify): _____
☑  7. Civil Rights  X h.                               ☐  7. Products Liability
☐  8. Habeas Corpus                                    ☐  8. Products Liability – Asbestos
☐  9. Securities Act(s) Cases                          ☐  9. All other Diversity Cases
☑ 10. Social Security Review Cases                         *(Please specify):* _____
☐ 11. All other Federal Question Cases
    *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☑  Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐  Relief other than monetary damages is sought.

DATE: _____   _____   _____
                        Attorney-at-Law / Pro Se Plaintiff       Attorney I.D. # (if applicable)

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE MANAGEMENT TRACK DESIGNATION FORM

RAYMOND LEE                   :          CIVIL ACTION
              v.              :
COMMISSIONER of SS            :          NO. 2    18    3161

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                                ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                                      (B)

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.         ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                                                                               ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)                                                                                  ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.                     ( )

7/24/18                         RAYMOND LEE 1.76-64.0155
Date                            Pro Se Plaintiff

267-394-3756                                               LEERAYMUND-1959@gmail.com
Telephone           FAX Number                             E-Mail Address

(Civ. 660) 10/02

**Civil Justice Expense and Delay Reduction Plan**
**Section 1:03 - Assignment to a Management Track**

(a)     The clerk of court will assign cases to tracks (a) through (d) based on the initial pleading.

(b)     In all cases not appropriate for assignment by the clerk of court to tracks (a) through (d), the plaintiff shall submit to the clerk of court and serve with the complaint on all defendants a case management track designation form specifying that the plaintiff believes the case requires Standard Management or Special Management. In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

(c)     The court may, on its own initiative or upon the request of any party, change the track assignment of any case at any time.

(d)     Nothing in this Plan is intended to abrogate or limit a judicial officer's authority in any case pending before that judicial officer, to direct pretrial and trial proceedings that are more stringent than those of the Plan and that are designed to accomplish cost and delay reduction.

(e)     Nothing in this Plan is intended to supersede Local Civil Rules 40.1 and 72.1, or the procedure for random assignment of Habeas Corpus and Social Security cases referred to magistrate judges of the court.

**SPECIAL MANAGEMENT CASE ASSIGNMENTS**
**(See §1.02 (e) Management Track Definitions of the**
**Civil Justice Expense and Delay Reduction Plan)**

Special Management cases will usually include that class of cases commonly referred to as "complex litigation" as that term has been used in the Manuals for Complex Litigation. The first manual was prepared in 1969 and the Manual for Complex Litigation Second, MCL 2d was prepared in 1985. This term is intended to include cases that present unusual problems and require extraordinary treatment. See §0.1 of the first manual. Cases may require special or intense management by the court due to one or more of the following factors: (1) large number of parties; (2) large number of claims or defenses; (3) complex factual issues; (4) large volume of evidence; (5) problems locating or preserving evidence; (6) extensive discovery; (7) exceptionally long time needed to prepare for disposition; (8) decision needed within an exceptionally short time; and (9) need to decide preliminary issues before final disposition. It may include two or more related cases. Complex litigation typically includes such cases as antitrust cases; cases involving a large number of parties or an unincorporated association of large membership; cases involving requests for injunctive relief affecting the operation of large business entities; patent cases; copyright and trademark cases; common disaster cases such as those arising from aircraft crashes or marine disasters; actions brought by individual stockholders; stockholder's derivative and stockholder's representative actions; class actions or potential class actions; and other civil (and criminal) cases involving unusual multiplicity or complexity of factual issues. See §0.22 of the first Manual for Complex Litigation and Manual for Complex Litigation Second, Chapter 33.

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

RAYMOND LEE

*(In the space above enter the full name(s) of the plaintiff(s).)*

**18    3161**

- against -

CHRISTIAN THOMAS
LOLA THOMAS
ANDREA MCGOLDRICK
THIRD AUTO SALES COMPANY
JUDGE HARRIS J. SHERIDAN
SHERIFF KEANEAN AND DEPARTMENT AND LT. LEE
SHIRLEY BRAY LEE
CHARLES LEE
NATHAINEL LEE
DISTRICT ATT. TURNER AND OFFICE

**COMPLAINT**

Jury Trial: ☐ Yes ☑ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name              RAYMOND LEE
             Street Address    3017 FRANKFORD AVE.
             County, City      PHILA, PA. 19134
             State & Zip Code  267-394-3756
             Telephone Number

*Rev. 10/2009*

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name CHRISTINA THOMAS
Street Address 5918 DREXEL RD.
County, City PHILA, PA. 19131
State & Zip Code _____

Defendant No. 2
Name TURNER CRIMINAL complaint unit
Street Address THREE SOUTH PENN SQUARE
County, City PHILA, PA 19107-3499
State & Zip Code _____

Defendant No. 3
Name SHIRLEY MAY LEE
Street Address 5642 WILLOWS AVE.
County, City PHILA
State & Zip Code PA. 19143

Defendant No. 4
Name LISA IVERY THIRD AUTO SALES INC
Street Address 5347 WHITBY AVE
County, City PHILA
State & Zip Code PA. 19143

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    ☐ Federal Questions        ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____
    _____
    _____

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? SOUTH WEST PHILADELPHIA 5642 WILLOWS AVE.

B.  What date and approximate time did the events giving rise to your claim(s) occur? _____

**What happened to you?**

C.  Facts: I WAS ATTACKED BY CHRISTIAN THOMAS I WENT to HOSPITAL MY INJURIES WERE A FRACTURE SKULL AND A BROKEN NECK.

**Who did what?**

MY MOTHER AND HER TWO SONS WERE HELPING CHRISTIAN AND HIS MOTHER GET AWAY WITH IT AND ALSO POLICE WERE HELPING THEM TO IT WAS A BIG CONSPIRACY.

**Was anyone else involved?**

IT WAS JUST ABOUT EVERYONE.

**Who else saw what happened?**

HIS MOTHER AND HIS SISTER.

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I WENT TO MERCY HOSPITAL, THEY GAVE ME A NECK BRACE AND CHECK OXGEN LEVEL. AND I HAD A LASHSERACTION ON MY HEAD.

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I WOULD LIKE TO BE COMPENSATED IN THE AMOUNT OF 4 BILLION DOLLARS. BECAUSE OF WHAT I COULD HAVE DONE IN MY LIFE AND BECAUSE OF THE LENTH OF TIME ALL OF THE CONSPIRACY WAS TAKEN PLACE.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24 day of July , 20 18.

Signature of Plaintiff Raymond Lee
Mailing Address 3017 Frankford Ave.
Phila, PA. 19134

Telephone Number 267-394-3756
Fax Number (if you have one) _____
E-mail Address LEERAYMOND.1959at gmail.com

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this 24 day of _____, 20____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____