# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND LEE,<br>    Plaintiff, | :<br>:<br>: |
| v. | :     CIVIL ACTION NO. 18-CV-3161 |
| | : |
| CHRISTIAN THOMAS, *et al*,<br>    Defendants. | :<br>: |

## ORDER

AND NOW, this 30th day of July, 2018, upon consideration of Plaintiff Raymond Lee's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED.**

2. The Complaint is **DISMISSED without prejudice** for the reasons stated in the Court's Memorandum. Mr. Lee's claims against Christian Thomas are dismissed for lack of subject matter jurisdiction and his remaining claims are dismissed for failure to state a claim.

3. Mr. Lee is given leave to file an amended complaint within thirty (30) days of the date of this Order. If Mr. Lee files an amended complaint, he must identify all of the defendants in the caption of the amended complaint. Any individual or entity that is not listed in the caption will not be treated as a defendant. The amended complaint must also describe how each defendant was responsible for violating Mr. Lee's rights. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED**.

4. The Clerk of Court shall **SEND** Mr. Lee a blank copy of the Court's form complaint for a non-prisoner filing a civil action bearing the civil action number for this case. Mr. Lee may use this form to file an amended complaint if she decides to do so.

5. If Mr. Lee fails to file an Amended Complaint, his case may be dismissed for failure

to prosecute without further notice.

                                        **BY THE COURT:**

                                        **_S/ Gene E.K. Pratter_**
                                        **GENE E.K. PRATTER, J.**