IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND LEE,<br>    Plaintiff, | : <br> : <br> : |
| v. | :    **CIVIL ACTION NO. 18-CV-3161** |
| CHRISTIAN THOMAS, *et al*,<br>    Defendants. | : <br> : <br> : |

## ORDER

AND NOW, this 27th day of August, 2018, upon consideration of Plaintiff Raymond Lee's Amended Complaint (ECF No. 7) and Exhibits (ECF No. 6), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED without prejudice** for the reasons stated in the Court's Memorandum. Mr. Lee may not file a second amended complaint.

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER, J.